## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JAMES LINLOR,

        Plaintiff,

v.

JOHN HOLMAN, et al.,

        Defendants.

Case No. 6:24-CV-1001-DDC-GEB

## MOTION FOR PROTECTIVE ORDER

COME NOW defendants John Holman, Marcella Holman, Black Diamond Angus Ranch Partnership, Black Diamond Angus Ranch LLC, Warner Angus Ranch Morgans (the "Movants") and, acting through their attorney Aaron Kite of Kite Law Firm LLC, request that the Court enter a protective order prohibiting the use of certain materials discovered in this case from use for non-litigation purposes and otherwise requiring the materials be kept confidential. A proposed protective order has been submitted to chambers and counsel at the time of filing of this Motion.

s/Aaron Kite
Aaron Kite #18765
**KITE LAW FIRM LLC**
808 W. McArtor Road, PO Box 22
Dodge City, Kansas 67801
620.371.5483 (p)
620.508.2036 (f)
aaron@kitelawfirm.com
    *Attorney for Movants John Holman, Marcella Holman, Black Diamond Angus Ranch Partnership, Black Diamond Angus Ranch LLC, Warner Angus Ranch Morgans*

CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2024 I electronically filed the foregoing Motion for Protective Order with the Clerk of the Court using the CM/ECF system which will send a notice

- 2 -

of electronic filing to counsel of record.

                                                s/ Aaron Kite
                                                Aaron Kite #18765