# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| James Linlor,<br><br>          Plaintiff,<br><br>v.<br><br>John Holman, Marcella Warner Holman, Black Diamond Angus Ranch Partnership, Black Diamond Angus Ranch, LLC, and Warner Angus Ranch Morgans<br><br>          Defendants. | Case No. 24-1001-DDC-GEB |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Oral Motion to Stay Discovery (ECF No. 163). A criminal action has commenced against Plaintiff regarding an alleged trespass on Defendants' counsel's property in Ford County, Kansas.[1] For the reasons outlined below, the Court **GRANTS** Plaintiff's Motion **(ECF No. 163)** and stays all discovery proceedings in this matter until resolution of the criminal matter against Plaintiff in Ford County, Kansas.

## I.    Legal Standard

The Court holds an inherent power to stay proceedings as incidental to its' power to control the disposition of the cases on its' docket in the interest of judicial efficiency.[2] When considering whether to stay proceedings pending the outcome of related criminal

---

[1] Case No. FO-2025-CR-000221.
[2] *Landis v. North American Co.*, 299 U.S. 248, 254 (1936).

proceedings, the Court weighs the following factors: "the extent to which the civil and criminal cases overlap, the status of the criminal case, prejudice to the plaintiff if the case is stayed, the interests of the defendant, and the interests of the public and the Court."[3]

## II. Discussion

The Court stays all discovery proceedings in this case until resolution of the criminal matter against Plaintiff in Ford County, Kansas. Where counsel for Defendants is currently the subject of a no-contact order against Plaintiff in Ford County, Kansas and the incidents that gave rise to the criminal matter bear some relation to this matter, the Court finds a stay of discovery proceedings is warranted until the criminal matter is resolved. Additionally, Plaintiff moved for a stay of proceedings pending the resolution of his criminal matter, so no prejudice to Plaintiff is found. All discovery is stayed until resolution of the criminal matter against Plaintiff in Ford County, Kansas. Defendants' counsel must file a Status Report regarding the status of the criminal matter in Ford County, Kansas no later than **October 10, 2025**. If the criminal matter is resolved before that time, Defendants' counsel must notify the Court.

**IT IS SO ORDERED.**

Dated May 19, 2025, at Wichita, Kansas.

s/ Gwynne E. Birzer
GWYNNE E. BIRZER
U.S. Magistrate Judge

---

[3] *Garcia v. City of Leavenworth, Kansas*, No. 19-2049-JAR, 2019 WL 3302306, at *2 (D. Kan. July 23, 2019) (citing *In re CFS–Related Securities Fraud Litigation*, 256 F.Supp.2d 1227, 1236–37 (N.D. Okla. 2003)).