IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JAMES LINLOR,

        Plaintiff,        Case No. 6:24-CV-1001-DDC-GEB

v.

JOHN HOLMAN, et al.,

        Defendants.

## STATUS REPORT

COMES NOW Aaron Kite, counsel for defendants Black Diamond Angus Ranch LLC, Black Diamond Angus Ranch Partnership, John Holman Warner Angus Ranch Morgans, Marcella Warner Holman, and advises the Court of the status of Ford County Case No. FO-2025-CR-000221 in accordance with the Court's Order of October 22, 2025. This criminal case against Plaintiff in Ford County, Kansas has still not been resolved. The Court scheduled a contested preliminary hearing for August 13, 2025. The preliminary hearing was subsequently continued to September 16, 2025, September 30, 2025 and November 18, 2025 and was ultimately held on December 22, 2025. Following the taking of evidence at the preliminary hearing defendant James Linlor was bound over for trial by the Ford County District Court. At least one motion has been filed in the case since the preliminary hearing, but counsel has so far been unable to obtain further information regarding the scheduling of a trial or further proceedings.

        s/Aaron Kite
        Aaron Kite #18765
        **KITE LAW FIRM LLC**
        808 W. McArtor Road, PO Box 22
        Dodge City, Kansas 67801
        620.371.5483 (p)
        620.255.2673 (c)
        620.508.2036 (f)
        aaron@kitelawfirm.com

- 2 -

*Attorney for Respondents Johnathan Holman, Marcella Warner Holman, Black Diamond Angus Ranch Partnership, Black Diamond Angus Ranch, LLC, and Warner Angus Ranch Morgans*

CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2025 I electronically filed the foregoing Status Report with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s Aaron Kite
Aaron Kite #18765